## SMITH v. HAHN et al.

*(Supreme Court, General Term, Second Department.* February 12, 1890.)

FRAUDULENT CONVEYANCES—APPEAL—REVIEW.

>The dismissal of the complaint, in an action to set aside a deed from a mother to her minor daughter as fraudulent, will not be disturbed on appeal where the evidence of both mother and daughter shows a valid debt due by the former to the latter, as the daughter's infancy did not disqualify her from accepting the deed.

Appeal from special term, Queens county.

Action by Frederick Smith, receiver of the property of Rosalie Hahn, to set aside as fraudulent a deed from said Rosalie Hahn to her minor daughter, Louise C. Hahn, both mother and daughter being made defendants. The complaint was dismissed, and plaintiff appeals.

Argued before DYKMAN and PRATT, JJ.

*Geo. A. Stearns,* for appellant. *Jas. T. Ollwell,* for respondents.

PRATT, J. The testimony of the defendants, if it is to be credited, established the existence of a valid debt in favor of the daughter, and against the mother. The infancy of the daughter did not disqualify her from accepting the deed. As the trial judge, who saw the witnesses, has believed their statement, we think an appellate court would not be justified in interfering with his decision. It is a pure question of fact, upon which he is best fitted to decide. The claims urged by appellant against the judgment are all obviated, if we assume the two defendants testified truly. Judgment affirmed, but without costs. All concur